J-S44031-25
J-S44032-25

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| MICHAEL RUSSELL | : | |
| | : | |
| Appellant | : | No. 2707 EDA 2024 |

Appeal from the PCRA Order Entered August 27, 2024
In the Court of Common Pleas of Northampton County Criminal Division
at No(s): CP-48-CR-000783-2020

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| MICHAEL RUSSELL | : | |
| | : | |
| Appellant | : | No. 1241 EDA 2025 |

Appeal from the PCRA Order Entered April 15, 2025
In the Court of Common Pleas of Northampton County Criminal Division
at No(s): CP-48-CR-0002849-2019

BEFORE:  LAZARUS, P.J., DUBOW, J., and SULLIVAN, J.

JUDGMENT ORDER BY SULLIVAN, J.:          **FILED FEBRUARY 6, 2026**

Michael Russell ("Russell") appeals, *pro se*, from the orders denying

relief on his petition under the Post Conviction Relief Act ("PCRA"),[1] in these

---

[1] ***See*** 42 Pa.C.S.A. §§ 9541-9546.

related cases.[2]  On appeal, Russell raises six claims of ineffective assistance of PCRA counsel.  The Commonwealth has filed a brief in both cases in which its asserts Russell's claims may raise "issues of material fact" and thus merit remand for an evidentiary hearing pursuant to **Commonwealth v. Bradley**, 261 A.3d 381, 401 (Pa. 2021).  Under **Bradley**, we are required to remand where there are material facts concerning alleged ineffectiveness and relief is not plainly unavailable as a matter of law.  **See id**. at 402.  Accordingly, we dismiss these appeals and remand for an evidentiary hearing on Russell's **Bradley** ineffectiveness claims.

Appeal dismissed.  Cases remanded.  Jurisdiction relinquished.

Judgment Entered.

Benjamin D. Kohler, Esq.
Prothonotary

Date: 2/6/2026

---

[2] Russell previously petitioned to consolidate the cases.  By Order dated March 17, 2025, we denied the petition without prejudice.  Because Russell's convictions and claims arise from a related set of facts concerning strangulation and assault of a victim and, *inter alia*, attempts to intimidate that victim, Russell's appellate briefs are identical, and his ineffectiveness claims are interrelated, we consolidate these cases for appeal *sua sponte*.